Dear Clerk,

    I understand that I have sent in an out-dated AO240 form with my claim against the Berkshire Co. district attorney's office rendering my claim incomplete.

    Since filing my claim I have learned new information concerning why I was released and would like to make some changes to my original complaint. The adjustment begins at paragraph 13 and outlines the circumstances of my release on Oct. 24, 2003.

    It seems that on October 24, 2003, the prosecutor filed a nolle prosequi on my behalf and I was subsequently released from custody. I plan to contest the reason for filing so I believe I must include it in my complaint.

    I would also like to add a count of false imprisonment to my complaint. I am not certain whether or not I need to file a seperate claim concerning these issues. If a seperate claim is necessary please advise me accordingly.

    I am sending the completed up-dated AO240 form along with the revised complaint effectively completing my claim. Please ask the judge to disregard the original complaint.

    Thank you for your time and patience.

                                     Cordially,

                                     Richard Walden Pro Se

                          DATE; 1/28/05