UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD WALDEN,<br>    Plaintiff,<br><br>    v.<br><br>DISTRICT ATTORNEY'S OFFICE,<br>    Defendant. | )<br>)<br>)<br>) C.A. No. 04-12584-MLW<br>)<br>)<br>) |

<u>ORDER</u>

WOLF, D.J.                                                           April 11, 2006

    On August 6, 2005, this court issued an Order (Docket No. 6), which denied the plaintiff's Motion for Leave to Proceed in forma pauperis (Docket No. 5). The court directed the petitioner to either (1) submit the $150 filing fee; or (2) submit a new application to waive prepayment of the filing fee with a certified account statement for the six-month period immediately preceding the filing of this action within forty-two (42) days from the date the Order. The court stated that if the plaintiff failed to take either of these actions within the prescribed time period, the action would be dismissed without prejudice for failure to pay the filing fee. To date, no filing fee or fee-waiver application has been filed.

    As petitioner has not complied with the August 6, 2005 Order, it is hereby ORDERED that this case is DISMISSED without prejudice.

                                                 /s/ MARK L. WOLF
                                               UNITED STATES DISTRICT JUDGE